**James M. WALLACE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 03–3087.

United States Court of Appeals, Federal Circuit.

DECIDED: March 2, 2004.

*ORDER*

Upon consideration petitioner's unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party will bear its own costs.